IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HIRSCHBACH MOTOR LINES, INC.; JOHN CHRISTNER TRUCKING, LLC; THREE DIAMOND LEASING, LLC; GR EQUIPMENT LEASING, INC.; SCHUSTER COMPANY; SCHUSTER ENTERPRISES, LTD.; AEG LEASING LLC; and SCHUSTER COMPANY, LLC, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NAVISTAR, INC.; PACCAR INC.; and BENDIX COMMERCIAL VEHICLE SYSTEMS LLC,<br><br>Defendants. | Case No. 1:24-cv-11979<br><br>Hon. Thomas M. Durkin<br><br>Magistrate Judge Jeffrey Cole |

## DECLARATION

Under 28 U.S.C. § 1746, I, Kamden R. Ahlberg, declare as follows:

1. I am a Litigation Support Manager with Cheeley Law Group, LLC. I have personal knowledge of the facts set forth in this declaration and if called as a witness, could and would competently testify to them.

2. Bendix Commercial Vehicle Systems LLC has been registered to do business in Illinois since at least 2002. Every year for over 20 years, Bendix has filed annual reports with the Illinois Secretary of State to maintain its "ACTIVE" status in Illinois.

3. Bendix has a registered agent in Chicago, Illinois, which is obviously in this district and this division. Bendix's registered agent in Illinois is at 208 South LaSalle Street, Suite 814, Chicago, Illinois 60604. That's 0.2 miles from the Court—about a five-minute walk, according to Google maps.



4. According to the business profile that Bendix posts on its website, the company "designs, develops and supplies leading-edge active safety technologies," among other things, "for medium- and heavy-duty trucks, tractors, trailers, buses and other commercial vehicles in North America, Europe and Australia."

5. For decades, Bendix has targeted and exploited the Illinois market. *See* Exs. 3 & 4, Bendix Press Releases. Bendix advertises in Illinois, solicits business from Illinois consumers, and sells products for use in Illinois. It provides technical training sessions in Illinois.

6. Unlike other businesses that avoid certain jurisdictions, nothing in Bendix's marketing materials and nothing on its website suggests that it has done anything to avoid Illinois jurisdiction.

7. For years, Bendix maintained a manufacturing facility in North Aurora, Illinois. The Illinois facility was about half the size of another Bendix facility in Ohio. Bendix closed the Illinois plant to consolidate production in the bigger Ohio facility. The move had nothing to do with avoiding personal jurisdiction in Illinois.

8. Bendix is currently a party to litigation in Illinois. That case involves claims that the Bendix Wingman Fusion System is defective and caused a crash in Illinois resulting in severe injuries and property damage. Memo. & Ord., *Lewis Jr. v. Hirschbach Motor Lines, Inc.*, No. 3:20-cv-01355 (S.D. Ill. Sept. 19, 2024).

9. Bendix has litigated in this Court before. In another case involving product-defect allegations, for example, Bendix sought protection under Illinois law. *Clement v. Lau*, No. 03C6179, 2005 WL 8177631 (N.D. Ill. Mar. 25, 2005) (denying Bendix's "flurry of motions" because "none have merit").

10. Bendix has litigated in Illinois state courts before. For example, it a defendant in several related cases, including *Taylor v. Van Hool*, No. 14L7780 (Ill. Cir. Ct. 2016), *Derrick v. Megabus USA, LLC*, No. 12L9592 (Ill. Cir. Ct. 2016), *Stellhorn v. Megabus USA, LLC*, 14L7851 (Ill. Cir. Ct. 2016).

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 30, 2025.

*/s/ Kamden R. Ahlberg*
Kamden R. Ahlberg