

# News Release

*For more information, contact:*

| | | |
|---|---|---|
| Barbara Gould | or | Ken Kesegich |
| **Bendix Commercial Vehicle Systems LLC** | | **Marcus Thomas LLC** |
| (440) 329-9609 | | (888) 482-4455 |
| barbara.gould@bendix.com | | kkesegich@mtllc.com |

*FOR IMMEDIATE RELEASE*

## AT BRECKENRIDGE TRUCKING, THE PURSUIT OF SAFETY AND THE REALIZATION OF A LIFELONG DREAM

*Illinois Tank Operation's Commitment to Safe Travel Includes Equipping Vehicles with Bendix® Air Disc Brakes and Advanced Driver Assistance Systems*

**AVON, Ohio – Dec. 18, 2024 –** Daniel Breckenridge was fascinated by trucks as a kid. "I played with trucks," he said. "I'd sit at the end of the driveway and watch trucks go by. I bought my first truck when I was a senior in high school – a 1980 Kenworth spring-ride tractor with drum brakes. I was on work release, so part of the day I was in school and the other part I was driving a truck."

Today, 35 years later, Breckenridge owns and operates Breckenridge Trucking, Inc., with his wife, Susan. His father, Donald Breckenridge, founded the family business in 1973. Daniel and Susan's daughter Courtney recently joined the company, bringing a third generation to the offices of the Wenona, Illinois-based carrier.

A 100% tank operation, Breckenridge Trucking is a specialized HAZMAT carrier transporting a diverse range of alcohols, petroleum products, and food grade products to the contiguous 48 United States and Canada from its terminal in Wenona. The company runs approximately 100 Kenworth tractors and 130 tank trailers. Breckenridge Trucking's unwavering commitment to safety includes supporting its 90 drivers with technologies from Bendix Commercial Vehicle Systems LLC (Bendix), including the Bendix® ADB22X® air disc brake (ADB) and Bendix® Fusion™ advanced driver assistance system (ADAS).

"The business is a lifelong dream," Breckenridge said. "I never would have guessed we'd be where we're at today. We operate by family values. It has to come from the heart and soul. That's what we do."

-more-

**AT BRECKENRIDGE TRUCKING, THE PURSUIT OF SAFETY AND THE REALIZATION OF A LIFELONG DREAM**
Dec. 18, 2024/Page 2

**Stopping with Confidence**

Breckenridge Trucking has spec'ed Bendix® ADB22X® air disc brakes on the fleet's equipment since 2010.

"As a tank operation hauling HAZMAT, we believe the shorter stopping distance of air disc brakes is a huge factor," Breckenridge said. "You don't have the brake fade you get with drums. You just get in and go, and you can expect the truck to stop."

He was sold on ADBs from his first test drive and became an early adopter.

"We had a lot of pushback from our dealers when we started using disc brakes," Breckenridge said. "We were told disc brakes were too new and hadn't been proven, and that we wouldn't find parts because nobody was running them. So we stocked parts and still do today. It was tough going against the grain. But I would not change a thing."

Air disc brakes provide shorter stopping distances compared to drum brakes and virtually eliminate brake fade, providing greater reliability with more consistent stops. During heavy stop-and-go traffic situations or mountain descents, brake fade can start to set in on drum brakes, extending stopping distances as drum brakes heat up. Air disc brakes also provide improved brake stability from side to side, reducing the risk of brake steer for straighter, more stable stops. In addition, the performance advantages of air disc brakes mean they provide better support to today's advanced driver assistance systems.

Breckenridge Trucking appreciates the maintenance advantages of the ADB22X, as well – specifically, quicker pad replacement and longer pad life, leading to greater uptime and lower maintenance costs.

**Advanced Driver Assistance**

Breckenridge Trucking's early adoption of advanced safety systems in support of its drivers also includes Bendix® Fusion™ on all tractors since 2016, soon after Bendix launched the technology in 2015.

Fusion is built on the foundational technology of the Bendix® ESP® Electronic Stability Program full-stability system, which Breckenridge adopted in 2015. This technology enables the system to help assist drivers in potentially mitigating some additional crash situations, including rollovers and loss-of-control scenarios.

Fusion gathers input through its radar, video, and the ESP braking system, combining and cross-checking the data from sensors that are working together and not just in parallel. By creating a more detailed assessment from this information, Fusion assists a driver to potentially mitigate a rear-end collision on moving and stationary vehicles, active cruise with braking, along

-more-

with following distance alerts, stationary object alerts, lane departure warning, and alerts when speeding .

Further strengthening its safety efforts, Breckenridge Trucking incorporates the Bendix® TABS-6™ Advanced trailer roll stability system and the Bendix™ BlindSpotter® side object detection system.

The Bendix TABS-6 Advanced trailer roll stability system combines antilock braking with a set of trailer sensors, which monitor stability and can quickly and automatically trigger braking interventions when conditions that may lead to a rollover are detected. Available in single-channel and multichannel configurations, TABS-6 delivers solutions suitable for a variety of fleet needs.

BlindSpotter is a side-radar system designed to alert drivers to objects in adjacent lanes to help mitigate sideswipe crashes. BlindSpotter operates independently of the Bendix® Fusion™ system.

In selecting the technologies, Breckenridge Trucking did extensive homework that included attending trade shows and Bendix demos.

"You drive the equipment and see it perform," Breckenridge said. "You can reenact real-life situations on the roadway, experiencing stability, collision mitigation, and braking distance on the disc brakes."

Bendix – the North American leader in the development and manufacture of active safety, air management, and braking system technologies for commercial vehicles – emphasizes that safety technologies complement safe driving practices. No commercial vehicle safety technology replaces a skilled, alert driver exercising safe driving techniques and proactive, comprehensive driver training. Responsibility for the safe operation of the vehicle remains with the driver at all times.

**Safety Culture Built on Education**

At Breckenridge Trucking, the culture of safety begins at orientation for every employee.

"Our safety culture starts with everybody being involved, from office personnel to drivers, technicians, management, and ownership," Breckenridge said. "We train everybody equally – the same training to understand safe operations and HAZMAT."

Among the distinctions growing out of the company's safety efforts are top marks year after year in Great West Casualty Company's safety awards.

Bendix supports the carrier through education, conducting multiple on-site sessions at the Wenona headquarters over the years to help drivers, technicians, and other team members understand the technology.

-more-

**AT BRECKENRIDGE TRUCKING, THE PURSUIT OF SAFETY AND THE REALIZATION OF A LIFELONG DREAM**
Dec. 18, 2024/Page 4

"It's a group effort at Breckenridge Trucking – they're truly an inspiring team," said Al Rollison, interim senior director of fleet and aftermarket sales and service at Bendix. "Everyone is cordial and willing to work with you while accepting no compromises when it comes to safety, an ethic that is a perfect fit with Bendix. This committed group lives their safety mission, and we're proud to be part of their story."

For Breckenridge Trucking, Bendix has validated their choice of technology partner many times over.

"We went with Bendix and stayed with Bendix," Breckenridge said. "They're a leader in the industry and have served us well. They've been good to us. We would like to thank Bendix for their continued partnership."

**About Bendix Commercial Vehicle Systems LLC**
Bendix Commercial Vehicle Systems, a member of Knorr-Bremse, develops and supplies leading-edge active safety technologies, energy management solutions, and air brake charging and control systems and components under the Bendix® brand name for medium- and heavy-duty trucks, tractors, trailers, buses, and other commercial vehicles throughout North America. An industry pioneer, employing more than 4,400 people, Bendix – and its wholly owned subsidiary, R.H. Sheppard Co., Inc. – is driven to deliver the best solutions for improved vehicle safety, performance, and overall operating cost. Contact us at 1-800-AIR-BRAKE (1-800-247-2725) or visit bendix.com. Stay connected and informed through Bendix expert podcasts, blog posts, videos, and other resources at knowledge-dock.com. Follow Bendix on X, formerly known as Twitter, at https://x.com/Bendix_CVS. Log on and learn from the Bendix experts at brake-school.com. And to learn more about career opportunities at Bendix, visit bendix.com/careers.

# # #