

*News Release*

*For more information, contact:*

| | | |
|---|---|---|
| Barbara Gould | or | Ken Kesegich |
| **Bendix Commercial Vehicle Systems LLC** | | **Marcus Thomas LLC** |
| (440) 329-9609 | | (888) 482-4455 |
| barbara.gould@bendix.com | | kkesegich@mtllc.com |

*FOR IMMEDIATE RELEASE*

### HOFFMAN TRANSPORTATION/G&D TRUCKING BUILDS
### AWARD-WINNING SAFETY RECORD THROUGH
### SKILLED DRIVERS SUPPORTED BY BENDIX TECHNOLOGIES

*Illinois Carrier's Commitment to Safety Includes Equipping All Trucks with*
*Bendix® Advanced Driver Assistance System, Air Disc Brakes, and Other Technologies*

**AVON, Ohio – July 17, 2023 –** Drivers for Hoffman Transportation LLC/G&D Trucking Inc. have not had a rear-end accident in more than 10 years. How does this carrier, which covers up to 12 million miles a year, do it? Jerry Curl, director of operations at the Channahon, Illinois-based company, breaks down the number.

"The combination of skilled professional drivers and safety equipment is what it's about," Curl said. "The two together make our drivers safer, our company safer, and our roads safer. What could be more important? That's your family and my family out there sharing those roads."

Hoffman equips its 160 power units with the Bendix® Wingman® Fusion™ advanced driver assistance system (ADAS) from Bendix Commercial Vehicle Systems LLC (Bendix), the North American leader in the development and manufacture of active safety, air management, and braking system technologies for commercial vehicles.

The carrier also specs Bendix® ADB22X® air disc brakes, Bendix™ BlindSpotter® side object detection system, and SafetyDirect® by Bendix CVS while working closely with Bendix on driver and technician training.

"We don't own a truck without these features, and we wouldn't," Curl said. "I would not buy a new or used truck without them. I believe these kinds of technologies should be mandatory in every vehicle. Drivers have the toughest job, and we invest in their safety."

-more-

**HOFFMAN TRANSPORTATION/G&D TRUCKING BUILDS AWARD-WINNING SAFETY RECORD THROUGH SKILLED DRIVERS SUPPORTED BY BENDIX TECHNOLOGIES**
July 17, 2023/Page 2

**Safety Starts with the Driver**

Founded in 1981, Hoffman specializes in bulk transportation of dry and liquid goods to the contiguous 48 United States and Canada. It operates five terminals in Illinois, Tennessee, and Arkansas. Hoffman supplements its 160 tractors – Kenworth and Peterbilt models – with 300 trailers. Of the company's 325 employees, 165 are drivers. Hoffman drivers average 32.5 years behind the wheel and 3.5 million miles of safe driving.

"It's an elite group," Curl said. "In hiring drivers, some people want the top 10%. I want the top one-tenth of 1%. I want the Blue Angels, the Navy SEALs. We have a selective hiring process based on professionalism and safety. In 42 years, we've never advertised for a driver – they've all come by recommendation, even during the pandemic. We've always maintained a waiting list of drivers to work here."

Newly hired drivers become part of the Hoffman safety culture on day one. "They see the instant they walk in the door that this is a place – from our ownership and leadership and each team member – where safety is the foundation for every decision we make," Curl said.

Hoffman's commitment to safety and to taking care of its employees, according to Curl, is one reason the carrier's driver-turnover rate is miniscule – last year it was 0.3% – compared to the well-documented industry norm. In turn, the company's drivers have helped Hoffman win the National Tank Truck Carriers top safety award for fleets at or below 15 million miles in 2017 and 2019. The fleet has also earned a multitude of other distinctions, including top marks in Great West Casualty Company's safety awards.

"It's the professional driver who keeps us safe on the road," Curl said. "The equipment we spec is there to offer added layers of protection – it's a way to provide drivers with the safest vehicle in the safest work environment possible."

**Supporting Technologies**

Curl talks to Hoffman drivers often about what he calls the "perception processing prevention zone" – the critical, lifesaving distance between the truck and forward vehicle.

"If the vehicle in front of you stops, are you going to stop?" he said. "That's the zone – three seconds is the time you need to perceive what's going on, process it in your brain, and prevent any action. You cannot – *cannot* – enter that zone."

Hoffman's adoption of advanced safety systems in support of its drivers goes back to Bendix's earliest radar-based collision warning technology, Bendix® Wingman® ACB – Active Cruise with Braking, and has been ongoing ever since. Today, Hoffman specs Bendix®

-more-

HOFFMAN TRANSPORTATION/G&D TRUCKING BUILDS AWARD-WINNING SAFETY RECORD THROUGH SKILLED DRIVERS SUPPORTED BY BENDIX TECHNOLOGIES
July 17, 2023/Page 3

Wingman® Fusion™ – Bendix's flagship driver assistance system – on its vehicles, as well as Bendix® ADB22X® air disc brakes, Bendix™ BlindSpotter®, and SafetyDirect® by Bendix CVS.

Wingman Fusion is built on the foundational technology of the Bendix® ESP® Electronic Stability Program full-stability system. This technology enables the system to help assist drivers in avoiding some additional crash situations, including rollovers and loss-of-control scenarios.

Fusion gathers input through its radar, video, and the ESP braking system, combining and cross-checking the data from sensors that are working together and not just in parallel. By creating a more detailed assessment from this information, Fusion delivers rear-end collision mitigation on moving and stationary vehicles, active cruise with braking, along with following distance alerts, stationary object alerts, lane departure warning, and alerts when speeding – all while prioritizing alerts to help reduce driver distraction.

Bendix ADB22X air disc brakes provide shorter stopping distances and deliver greater reliability with more consistent stops, while also delivering ROI in the shop through longer friction life and quicker pad changes than drum brakes. In addition, air disc brakes virtually eliminate brake fade. This advantage distinguishes them from drum brakes, which can fade during heavy stop-and-go traffic situations or during mountain descents – extending stopping distances as they heat up. The performance advantages of air disc brakes mean they provide better support to today's advanced driver assistance systems.

Further strengthening its safety efforts, Hoffman incorporates Bendix BlindSpotter and SafetyDirect by Bendix CVS. BlindSpotter is a side-radar system designed to alert drivers to objects in adjacent lanes to help drivers mitigate sideswipe crashes. BlindSpotter operates independently of the Wingman Fusion system.

SafetyDirect is a safety platform featuring a user-friendly web portal that provides fleet operators with comprehensive feedback of what's happening out on the road. Linked to onboard safety technologies and other sources, SafetyDirect captures information and then automatically transmits data, video, and event-based information to a fleet's back office for analysis. The tool also serves as a coaching tool, providing a wealth of knowledge that can further help fleet managers and drivers strengthen safety.

"SafetyDirect helps us identify good driving behaviors as well as what can be done better," Curl said. "When you identify your weaknesses, own them, and make them your strengths, you continue to get better."

**Critical Role of Training**

Curl, who holds a CDL, leads training classes for every newly hired driver – regardless of their experience level – and takes them on the road to demonstrate the technologies. "You

-more-

**HOFFMAN TRANSPORTATION/G&D TRUCKING BUILDS AWARD-WINNING SAFETY RECORD THROUGH SKILLED DRIVERS SUPPORTED BY BENDIX TECHNOLOGIES**
July 17, 2023/Page 4

can't just put technologies on a truck and hand the driver the keys," he said. "You have to help the driver understand why and how it works. It doesn't matter if they've driven for 30 years or three years. And they appreciate that training."

He is grateful for the ample support Bendix offers in driver and technician education. For Bendix, the feeling is mutual.

"At its core, our long-lasting partnership with Hoffman is based on trust and a shared devotion to safety," said Lance Hansen, Bendix vice president – aftermarket sales, fleet, service, and field operations. "The entire team at Hoffman is serious about their mission. This commitment is reflected in everything from their comprehensive safety program all the way to the clean, orderly, and inviting condition of their shops. Hoffman's actions speak volumes."

Bendix and Hoffman both emphasize that advanced safety technologies complement safe driving practices. No commercial vehicle safety technology replaces a skilled, alert driver exercising safe driving techniques and proactive, comprehensive driver training. Responsibility for the safe operation of the vehicle remains with the driver at all times.

Curl has been with Hoffman from the earliest days and seen many changes. But there is one constant. "Protecting our employees and protecting the motoring public is always our number one goal," he said.

**About Bendix Commercial Vehicle Systems LLC**
Bendix Commercial Vehicle Systems, a member of Knorr-Bremse, develops and supplies leading-edge active safety technologies, energy management solutions, and air brake charging and control systems and components under the Bendix® brand name for medium- and heavy-duty trucks, tractors, trailers, buses, and other commercial vehicles throughout North America. An industry pioneer, employing more than 4,400 people, Bendix – and its wholly owned subsidiary, R.H. Sheppard Co., Inc. – is driven to deliver the best solutions for improved vehicle safety, performance, and overall operating cost. Contact us at 1-800-AIR-BRAKE (1-800-247-2725) or visit bendix.com. Stay connected and informed through Bendix expert podcasts, blog posts, videos, and other resources at knowledge-dock.com. Follow Bendix on Twitter at twitter.com/Bendix_CVS. Log on and learn from the Bendix experts at brake-school.com. And to learn more about career opportunities at Bendix, visit bendix.com/careers.

# # #