

# BENDIX NEWS BRIEF:
# IN-PERSON TRAINING SESSION – JUNE AND JULY 2023

*For more information, contact:*

| | |
|---|---|
| Barbara Gould | Ken Kesegich |
| **Bendix Commercial Vehicle Systems LLC** | **Marcus Thomas LLC** |
| (440) 329-9609 | (888) 482-4455 |
| barbara.gould@bendix.com | kkesegich@mtllc.com |

**WHAT:** Bendix (Bendix Commercial Vehicle Systems LLC) will hold **in-depth technical training sessions in California, Colorado, Illinois, and Minnesota.**

The **Bendix Air Brake Training** class covers the description, operation, and service elements for the total range of components found within dual air brake systems. Topics include fundamentals of compressed air, tactics for air system failure mode diagnosis and troubleshooting, and air brake system and foundation brake components (air compressors, valves, foundation drum brakes, and air disc brakes).

Air Brake Training classes include classroom lectures and practical hands-on exercises, plus visual aids to demonstrate the components and related systems. Most locations feature operational demonstration boards.

All registrants may elect to take part in a written test administered at the close of each class. Bendix will grade the exam, and registrants earning a passing grade will receive a Tested and Passed Certificate. Those who take the exam and don't pass will receive a Certificate of Completion, as will registrants who elect not to participate in the optional testing. In-person Bendix training and the optional test are not affiliated with the U.S. Department of Transportation (DOT), and this does not take the place of any instruction or certification exam administered by the DOT.

**WHEN AND WHERE:**

**June 20-22:** San Marcos, California – Palomar College, 1140 W. Mission Road

**June 27-29:** Mattoon, Illinois – Lake Land College, 5001 Lake Land Boulevard

**July 18-20:** Moorhead, Minnesota – Minnesota State Community and Technical College, 1900 28th Avenue South

**July 25-27**: Thornton, Colorado – Adams 12 Five Star School, 1350 E. 126th Avenue

-more-

Class size for the 2023 in-person Bendix training courses is limited, and enrollment is on a first-come, first-served basis. For a full listing of locations and dates, visit bendix.com.

**COST:** The cost for the training class, per attendee, is $475 (U.S.).

**HOW TO REGISTER:**

Visit https://bit.ly/BendixTraining2023 or call 1-800-AIR-BRAKE (1-800-247-2725), option 3; by email at BendixBrakeTrainingSchool@hkm.dcgcentral.com; or via fax (216-651-3261).

**About Bendix Commercial Vehicle Systems LLC**

Bendix Commercial Vehicle Systems, a member of Knorr-Bremse, develops and supplies leading-edge active safety technologies, energy management solutions, and air brake charging and control systems and components under the Bendix® brand name for medium- and heavy-duty trucks, tractors, trailers, buses, and other commercial vehicles throughout North America. An industry pioneer, employing more than 4,400 people, Bendix – and its wholly owned subsidiary, R.H. Sheppard Co., Inc. – is driven to deliver the best solutions for improved vehicle safety, performance, and overall operating cost. Contact us at 1-800-AIR-BRAKE (1-800-247-2725) or visit bendix.com. Stay connected and informed through Bendix expert podcasts, blog posts, videos, and other resources at knowledge-dock.com. Follow Bendix on Twitter at twitter.com/Bendix_CVS. Log on and learn from the Bendix experts at brake-school.com. And to learn more about career opportunities at Bendix, visit bendix.com/careers.

# # #