**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Hirschbach Motor Lines, Inc., et al.
Plaintiff,
v.
Case No.: 1:24−cv−11979
Honorable Thomas M. Durkin
Navistar, Inc., et al.
Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 5, 2026:

MINUTE entry before the Honorable Thomas M. Durkin: Telephone status hearing held on 8/5/2026. Plaintiffs' unopposed motion to dismiss Plaintiffs' claims for want of jurisdiction [117] is granted. The Second Amended Complaint is dismissed. The Counterclaim filed by Navistar remains. The parties are to send the courtroom deputy an agreed proposed summary judgment briefing schedule by 8/10/2026. Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.