**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| HIRSCHBACH MOTOR LINES, INC., | ) | Case No.: 1:24-cv-11979 |
| | ) | |
| Plaintiff/Counter-Defendant, | ) | JURY TRIAL DEMANDED |
| | ) | |
| v. | ) | Hon. Thomas M. Durkin |
| | ) | |
| NAVISTAR, INC. n/k/a INTERNATIONAL | ) | |
| MOTORS, LLC, | ) | |
| | ) | |
| Defendant/Counter-Plaintiff. | ) | |

**COUNTER-DEFENDANT HIRSCHBACH MOTOR LINES, INC.'S MOTION FOR LEAVE TO FILE ITS AMENDED ANSWER, AFFIRMATIVE DEFENSES, AND COUNTERCLAIM TO COUNTER-PLAINTIFF INTERNATIONAL MOTORS, LLC'S COUNTERCLAIM**

This document is filed in place of Exhibit A to the counterclaim which is filed under seal.

1