AMUNDSEN DAVIS

Michael S. McGrory
(312) 455-3902
mmcgrory@amundsendavislaw.com

October 14, 2026

**VIA ELECTRONIC MAIL**

Nick Wooten, Esq.
Nick Wooten, LLC
3125 Carlton Road
Cumming, Georgia 30041

Re: *Lewis v. Hirschbach Motor Lines, Inc.*, No. 3:20-cv-01355-NJR (S.D. Ill.)
*Hirschbach Motor Lines, Inc. v. Navistar, Inc.*, No. 1:24-cv-11979 (N.D. Ill.)

Dear Nick:

I write in response to your letter of October 9, 2026.

Bendix does not consent to Hirschbach filing any of the discovery produced in the Southern District of Illinois case in the Northern District, whether under seal or otherwise.

As you know, there have been two orders entered in the S.D. Ill. addressing this very issue: (1) the currently-governing Confidentiality Order; and (2) Judge Rosenstengel's March 27, 2026 order denying Hirschbach's motion to de-designate this same category of material for use in the Northern District action. Both of these orders speak directly to the request you have made. Your proposal, whatever its particulars, asks Bendix to facilitate the very use of its confidential material in another proceeding that this Court has already declined to authorize. To the extent International has indicated it will not assert a violation of the S.D. Ill. protective order with respect to its own produced and designated material, that position has no bearing on, and does not extend to, Bendix's independent and undiminished objection to the use of material that Bendix produced and designated, which stands on its own regardless of International's position as to its own documents.

Moreover, Bendix is not a party to the N.D. Ill. action, and the relevance of Bendix's material to any issue actually pending before that court – namely, the enforceability of a release between Navistar and Hirschbach – has not been established. Bendix's absence

from that case means it has not had, and currently does not have, an opportunity to challenge the use of its material, provide context for it, or be heard on how it is characterized. Bendix reserves all rights to seek leave to be heard on these issues, in that court or otherwise, as it deems appropriate.

We appreciate your request, but respectfully must decline.

Sincerely,

Michael E. McGrory
Amundsen Davis, LLC
Counsel for Bendix Commercial Vehicle
Systems LLC

cc: Adam Suroff, Esq. and Farhan Zahid, Esq., Swanson, Martin & Bell, LLP
Kevin Jakopchek, Esq. and Catherine Rizzoni, Esq., Latham & Watkins LLP
Matthew Hefflefinger, Esq. and Devin Taseff, Esq., Chartwell Law
Erica Calderas, Esq., Hahn Loeser & Parks LLP